904

No. 1606. DIES ET AL. *v.* CARTER ET AL. Appeal from D. C. N. D. Tex. Probable jurisdiction noted. █

No. 1549. GROPPI *v.* LESLIE, SHERIFF. C. A. 7th Cir. Certiorari granted. █

No. 5712. MILTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. █

No. 190. UNITED TRANSPORTATION UNION *v.* CHICAGO & NORTH WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. █

No. 1245. BAKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. █

No. 1415. KANKAKEE FEDERATION OF TEACHERS LOCAL No. 886 ET AL. *v.* BOARD OF EDUCATION OF KANKAKEE SCHOOL DISTRICT No. 111. Sup. Ct. Ill. Certiorari denied. █

No. 1425. HILL ET UX. *v.* RACHAL ET AL. C. A. 5th Cir. Certiorari denied. █

No. 1548. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. █

No. 1571. RANSOM *v.* BRENNAN, EXECUTRIX. C. A. 5th Cir. Certiorari denied. █

No. 1578. CHANEY *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. █